UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JAMES FRANKLIN BLUE VIII,

      Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

(Felon in Possession of a Firearm)

On or about November 26, 2024, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

JAMES FRANKLIN BLUE VIII,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded Ruger LCP .380 caliber pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g) set forth in this Indictment, the defendant,

JAMES FRANKLIN BLUE VIII,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the offense, including, but not limited to, a Ruger LCP .380 caliber pistol, as well as the magazine and ammunition seized in connection with this firearm.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)                              A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

ANDREW BYLERLY BIRGE
Acting United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney